UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO: 06-20265-CR-GOLD

UNITED STATES OF AMERICA,

          Plaintiff,

vs.

JAMES FRANKLIN McCOY,

          Defendant.

_____/

## ORDER AFFIRMING MAGISTRATE JUDGE'S REPORT & RECOMMENDATION

       This matter came before the Court pursuant to the defendant's Motion to Suppress, filed June 30, 2006.  A review of the docket sheet reveals that an evidentiary hearing was held before Magistrate Judge Ted E. Bandstra on September 6, 2006.

       On September 11, 2006, Magistrate Judge Bandstra issued a Report and Recommendation in which he recommended that the defendant's motion to suppress physical evidence be denied.

       The parties were afforded ten days from the date of service of the Report and Recommendation within which to file written objections, if any, for consideration by the District Court.  A review of the docket sheet reveals that no objections have been filed.  Accordingly, it is hereby

       **ORDERED AND ADJUDGED** that the Magistrate Judge's Report and Recommendation **[DE #38]** filed September 12, 2006, is hereby affirmed.  It is further

       **ORDERED AND ADJUDGED** that the motion to suppress physical evidence **[DE #17]** is hereby **denied.**

U.S.A. VS. McCOY, CASE NO. 06-20265-CR-GOLD

**DONE AND ORDERED** at Miami, Florida, this 25thday of October, 2006.

UNITED STATES DISTRICT JUDGE
ALAN S. GOLD


cc:     Magistrate Judge Bandstra
        AUSA Randall D. Katz
        AFPD Jan C. Smith